**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JAMES T. MURZIKE,

    Plaintiff,

v.                                        Case No. 3:24cv338-MCR-HTC

SGT. CURRIER, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated July 29, 2024 (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who must pay the full filing fee

and failed to do so and, also as malicious for Plaintiff's failure to disclose his litigation history truthfully.

  3. The clerk shall close the file.

 **DONE AND ORDERED** this 25th day of October 2024.

      *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv338-MCR-HTC